NOTICE IS HEREBY GIVEN that:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs voluntarily dismiss with prejudice all claims in this action against Doe defendant # 1, and without prejudice all claims in this action against Doe defendant # 2, each side to bear its own costs and attorneys' fees.

Dated: August 1, 2005

Respectfully submitted,

James V. Corbelli (No. 56671)
Babst, Calland, Clements, Zomnir PC
Two Gateway Center
Pittsburgh, PA 15222
(412) 394-5649
(412) 394-6476 (facsimile)
jcorbelli@bccz.com

Alexandra N. DeNeve (admitted pro hac vice)
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
(212) 407-4000
(212) 407-4990 (facsimile)
adeneve@loeb.com

Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED.

Dated: 8/3/05

Hon. Donetta W. Ambrose
UNITED STATES DISTRICT COURT JUDGE